IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| In Re: | \* |
| Maria M. Crosby | \* \* \* BANKRUPTCY No. 19-30719 \* |
| Debtor | \* \* |

MOTION TO MODIFY
CHAPTER 13 PLAN PAYMENTS

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now, Debtor, by and through her attorneys, Edgar J. Borrego / Miguel A. Flores, and files this Motion to Modify Chapter 13 Plan Payments, and as grounds thereof, would respectfully show the Court as follows:

I.

Debtor filed her Chapter 13 case on April 29, 2019 and it was confirmed on July 24, 2019.

II.

Debtor's plan payments are $100.00 for 60 months plus an additional $2,000.00 from her tax refund for 5 years as follows: April 2020, April 2021, and April 2022, April 2023, and April 2024. The plan base is $16,000.00.

III.

Debtor will be receiving $3,100.00 from her 2020 tax refund therefore she would like to reduce her refund amount for this year to $1,000.00. Debtor is unemployed and has not been able to find

employment due to the pandemic. Debtor would like to use the remaining difference from her tax refund to supplement her income.

IV.

Debtor requests that her plan payments remain at $100.00 per month for 38 months beginning with the March 2021 payment. Debtor requests that she reduce her tax refund to $1,000.00 for April 2021 and $2,000.00 for the following years: April 2022, April 2023, and April 2024.

V.

Debtor requests that her plan base decrease to $15,000.00. Said base is calculated as follows: (60 months x $100.00) + (4 years x $2,000.00) + $1,000.00. The percentage to unsecured claims will remain at approximately 6%.

VI.

Debtor is current with her Chapter 13 plan payments.

VII.

Debtor's total payment will be $100.00 per month commencing March 2021. The Debtor shall be responsible for sending the complete payment directly to the Trustee either by money order or cashier's check to Stuart C. Cox, Trustee, P.O. Box 210, Memphis, TN 38101-0210 or via E-Pay at http://www.ch13elpaso.com.

VIII.

Debtor does not object to providing an amended budget to the Trustee anytime in the future. In the unlikely event that Debtor's disposable income increases, the Trustee is not barred from seeking a future modification to increase the plan payments.

IX.

Debtor will show that the proposed modification will still enable the Trustee to pay all allowed secured claims and the proposed plan would pay the unsecured creditors at least the amount they would have received if her case was originally filed under Chapter 7.

X.

Attached to this Motion is Exhibit A showing the form of proposed order.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that after notice and hearing, the Motion to Modify as set out above be granted and for other relief she may show herself entitled.

Respectfully Submitted,

TANZY & BORREGO LAW OFFICES P.L.L.C
2610 Montana Avenue
El Paso, TX 79903-3712
Phone: (915) 566-4300
Fax: (915) 566-1122
efile@tanzyborrego.com

_____
Maria M. Crosby

By: _____
EDGAR J. BORREGO, SBN# 00787107
MIGUEL A. FLORES, SBN#24036574
Tanzy & Borrego Law Offices P.L.L.C

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed/delivered via electronic means as listed on the court's ECF noticing system or by regular first class mail to all entities on the attached matrix on ___3/8/2021___.

_____
Edgar J. Borrego / Miguel A. Flores
Tanzy & Borrego Law Offices P.L.L.C

TB#39032/VV

```
Label Matrix for local noticing      U.S. BANKRUPTCY COURT              AT & T
0542-3                               511 E. San Antonio Ave., Rm. 444   P.O. Box 6463
Case 19-30719-hcm                    EL PASO, TX 79901-2417             Carol Stream, IL 60197-6463
Western District of Texas
El Paso
Thu Mar  4 17:03:10 CST 2021

American Express                     American Express National Bank     Anatolio Bracamontes
P.O. Box 315111                      c/o Becket and Lee LLP             3016 County Rd 1223 1/2
Salt Lake City, UT 84131             PO Box 3001                        Midland, TX 79706-3252
                                     Malvern  PA 19355-0701


Attorney General                     (p)BANK OF AMERICA                 Buckners
10th & Constitution N.W.             PO BOX 982238                      1168 Bucksnort Rd
Main Justice Bldg. #5111             EL PASO TX 79998-2238              Jackson, GA 30233-6009
Washington, DC 20530-0001


Carrington Mortgage Services , LLC   Carrington Mortgage Services, LLC  City of El Paso
P.O. Box 5001                        1600 S. Douglass Road              c/o Bradley S. Balderrama
Westfield, IN 46074-5001             Anaheim, CA 92806-5951             711 Navarro, Ste. 300
                                                                        San Antonio, TX 78205-1749


(p)US DEPT OF HOUSING AND URBAN DEVELOPMENT R   GECU                    GECU
MARCUS R PATTON                      P.O. Box 37035                     PO Box 20998
OFFICE OF GENERAL COUNSEL            Boone, IA 50037-0035               El Paso TX 79998-0998
801 CHERRY ST UNIT 45
FT WORTH TX 76102-6882


Internal Revenue Service             Lowe's/Syncb                       (p)DSNB MACY S
Special Procedures Staff- Insolvency P.O. Box 530914                    CITIBANK
P.O. Box 7346                        Atlanta, GA 30353-0914             1000 TECHNOLOGY DRIVE MS 777
Philadelphia, PA 19101-7346                                             O FALLON MO 63368-2222


New York & Company                   Northstar Leasing Company          Northstar Leasing Company
Bankruptcy Department                747 Pine St #201                   P.O. Box 342
P.O. Box 182125                      Burlington, VT 05401-5196          Brattleboro, VT 05302-0342
Columbus, OH 43218-2125


O.K. Finance                         PRA Receivables Management, LLC    Paypal
312 S. Stanton St.                   PO Box 41021                       P.O. Box 71202
El Paso, TX 79901-2824               Norfolk, VA 23541-1021             Charlotte, NC 28272-1202


People Fund                          PeopleFund                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC
2801 Swiss Ave                       2921 E. 17th St., Bldg D, Ste 1    PO BOX 41067
Dallas, TX 75204-5925                Austin, TX 78702-1509              NORFOLK VA 23541-1067


Ryan Dunn                            Sam's Club/Syncb                   Tax Assessor/Collector
405 Main Street                      Attn: Bankruptcy Dept.             P.O. Box 2992
Suite 836                            P.O. Box 960013                    El Paso, TX 79999-2992
Houston, TX 77002-1840               Orlando, FL 32896-0013
```

| | | |
|---|---|---|
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216-5512 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Veterans Administration<br>Attn: Support Services Division (243)<br>701 Clay Avenue<br>Waco, TX 76799-0001 | Victoria's Secret/Comenity<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Zales<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Maria M Crosby<br>11733 Stone Castle Dr<br>El Paso, TX 79936-2600 | Miguel Alejandro Flores<br>Tanzy & Borrego Law Offices<br>2610 Montana<br>El Paso, TX 79903-3712 |
| Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Inquiries<br>P.O. Box 982234<br>El Paso, TX 79998 | (d)Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998 | FHA/HUD<br>451 7th Street S.W.<br>Washington, DC 20410 |
| Macy's<br>Attn: Bankruptcy Dept.<br>P.O. Box 8053<br>Madison, OH 45040 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | The Home Depot<br>P.O. Box 78011<br>Phoenix, AZ 85062-8011 |
| U.S. Bank<br>P.O. Box 790179<br>Saint Louis, MO 63179-0179 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eduardo Crosby
El Paso, TX

End of Label Matrix
Mailable recipients   39
Bypassed recipients    1
Total                 40